UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANAL@CAMP APARTMENTS, LLC | NUMBER: 2:23-cv-02816 |
| VERSUS | JUDGE: GREG G. GUIDRY |
| MT. HAWLEY INSURANCE COMPANY | MAGISTRATE: KAREN WELLS ROBY |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, Canal@Camp Apartments, LLC ("Canal"), moves this Court for leave to file a Supplemental and Amended Complaint in this matter. There is no scheduling order entered in this matter, so, as more fully demonstrated in the supporting memorandum, this Court should apply Rule 15's liberal standards for allowing amendments to pleadings.

/s/ *Ryan O. Luminais*

JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
RYAN O. LUMINAIS, # 30605
**SHER GARNER CAHILL**
**RICHTER    KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFF**
**CANAL@CAMP APARTMENTS, LLC**